# EXHIBIT A

## *United States District Court for the Northern District of Illinois*

Case Number: 05cv3788          Assigned/Issued By: JH

Judge Name: Hart          Designated Magistrate Judge: Valez

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☑ Citation to Discover Assets    (Victim, Against and $ Amount)

☐ Writ _____
    (Type of Writ)

1   Original and 1   copies on 8/14/2009   as to (THIRD PARTY-NO NOTICE)
                            (Date)

EZ Links Golf, INC _____

_____

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION
### CASE NO. 05 C 3788
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Joseph Strubhart**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

        (   ) Summons & Complaint
        ( **X** ) Citation to Discover Assets
        (   ) Rule to Show Cause
        (   ) Subpoena
        (   ) Other:

1.    (   ) By leaving a copy with the named party, ------- personally on -------.

2.    (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.    ( **X** ) On the within party, **EZ Links Golf, Inc.** by leaving a copy with **Elizabeth Dillon Sharp, Registered Agent and Authorized Person**, on **August 17, 2009**, and informed that person of the contents thereof.

4.    ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **40-45**

5.    ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **330 S. Wells St., Ste. 710, Chicago, IL 60606**
TIME OF DAY: **2:12 PM**

6.    (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **17**th day of August 2009.

_Joseph Strubhart_
Joseph Strubhart
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 05 C 3788 |
| | ) | |
| vs. | ) | Judge William Hart |
| | ) | |
| LOOP CORP., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Respondent. | ) | |

### THIRD-PARTY CITATION TO DISCOVER ASSETS

To:  EZ LINKS GOLF, INC.
     c/o Elizabeth Dillon Sharp, Registered Agent
     330 S. Wells St., Ste. 706
     Chicago, IL 60606

YOU ARE COMMANDED to appear for a third party citation examination on August 25, 2009 at 10:00 a.m. before a Notary Public or other officer in the County of Cook and State of Illinois, upon interrogatories to be propounded to the Respondent orally to discover assets or income not exempt from enforcement of a judgment.. The oral examination will be conducted at the offices of Levenfeld Pearlstein, LLC, 2 N. LaSalle St., Ste. 1300, Chicago, Illinois 60602.

A judgment in favor of Wachovia securities, LLC and against Loop Corp. was entered on September 22, 2005 in the amount of $2,478,418.80 and $2,478,418.80 remains unsatisfied. Your answer will inform the Court as to property you may hold belonging to: Loop Corp.

YOU ARE COMMANDED to produce at the examination:   <u>See Attached Rider</u>

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court , or until this Citation is dismissed by the Court or by Stipulation:

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold payment of any money beyond double the amount of the judgment.

WARNING:   YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE FEDERAL JAIL.

MICHAEL W. DOBBINS, CLERK

*J. Hallinon*

Dep. Clerk.

AUG 1 4 2009

LP 2078986.1 \ 34048-66249

## CERTIFICATE OF ATTORNEY

In the United States District Court, Northern District of Illinois on September 22, 2005, a judgment in the amount of $2,478,418.80 was entered in favor of Wachovia Securities, LLC and against Loop Corp. in Case No. 05 C 3788 and a balance of $2,478,418.80 remains unsatisfied.

/s/ Christopher S. Griesmeyer

Gary I. Blackman [ARDC #6187914]
Christopher S. Griesmeyer [ARDC #6269851]
Adam B. Rome [ARDC # 6278341]
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, IL 60602
T: (312) 346-8380; F: (312) 346-8434
gblackman@lplegal.com
cgriesmeyer@lplegal.com
arome@lplegal.com
Counsel for Petitioner

## DOCUMENTS TO BE PRODUCED AT CITATION

All books, papers and records owned by, held by, controlled by, in the name of, or on behalf of, Loop Corp. (the "Company") in your possession or control, which may contain information concerning the property or income of, or indebtedness due the Company, including, but not limited to, the following:

1.      Any and all shares of EZ Links stock owned or controlled by Loop Corp.

2.      Any and all documents concerning any assets of Loop Corp.

3.      Any and all documents concerning any liens held by Banco Panamericano over any assets of the Company.

4.      Bank statements from years 2000 through the present from all banks or other institutions where (a) you on behalf of the Company, or (b) the Company, does business or has an account of any kind.

5.      Bank statements from years 2000 through the present from all banks, or other financial institutions, where any sole proprietorship, partnership or corporation in which (a) you on behalf of the Company, or (b) the Company, owns any interest or has an account of any kind.

6.      All trust agreements where (a) you on behalf of the Company, or (b) the Company, is a trust or, trustee, or beneficiary.

7.      All deeds, leases, contracts and other documents representing any ownership interest (a) you on behalf of the Company, or (b) the Company, has in any real property and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on the Company's real property.

8.      All stocks, bonds or other securities of any class (a) you on behalf of the Company, or the Company, may own, individually or jointly with others, including options to purchase any securities.

9.      Documents identifying any and all brokerage accounts (a) you on behalf of the Company, or, (b) the Company, may own or control.

10.     Titles to all motor vehicles owned by (a) you on behalf of the Company, or (b) the Company.

11.     All promissory notes held by (a) the Company, or (b) you on behalf of the Company, and all other documents evidencing money owed to the Company, either now or in the future, including but not limited to, accounts receivable.

12.　　All financial statements furnished by (a) you on behalf of the Company, or (b) the Company, for any purpose from January 1, 2000 through the present.

13.　　All deeds, bills of sale, or other documents prepared in connection with any transfer (a) you on behalf of the Company, or (b) the Company, has made either by gift, sale or otherwise from January 1, 2000 through the present.

14.　　All income statements and balance sheets prepared for the Company from January 1, 2000 through the present.

15.　　All records pertaining to the assets of the Company.

16.　　All business records from 2000 through the present which reflect assets, liabilities, gross receipts and expenses of the Company.

17.　　Business records from 2000 through the present year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which (a) you on behalf of the Company, or (b) the Company, owns any interest.

18.　　All records of any business of which the Company is an owner or part-owner, or has been an owner.

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05 C 3788 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| LOOP CORP., | ) | |
| | ) | Magistrate Judge Maria G. Valdez |
| Defendants. | ) | |
| | ) | |

**RESPONSE OF EZLINKS GOLF, INC. TO RIDER TO**
**THIRD-PARTY CITATION TO DISCOVER ASSETS**

Now comes Third-Party Respondent, EZLinks Golf, Inc. ("EZLinks"), by its

undersigned attorney, and as its Response to the Rider to the Third-Party Citation to

Discover Assets served upon it by Wachovia Securities, LLC ("Wachovia"), hereby

responds as follows:

[All books, papers and records owned by, held by, controlled by, in the name of
or on behalf of Loop Corp. (the "Company") in your possession or control, which may
contain information concerning the property or income of, or indebtedness due the
Company [Loop Corp.] , including, but not limited to the following:

1.    Any and all shares of EZLinks Stock owned or controlled by Loop Corp.]

**RESPONSE:**  See documents produced to Wachovia under Bates Number

100001, 100002, 100003, 100004, 100005, 100006, 100007, 100009-30.

[2.    Any and all documents concerning any assets of Loop Corp.]

**RESPONSE:**  See documents produced to Wachovia under Bates Number

100001, 100002, 100003, 100004, 100005, 100006, 100007, 100009-30.

[3.    Any and all documents concerning any liens held by Banco Panamericano
over any assets of the Company  [Loop Corp.].]

1

**RESPONSE:**  See documents produced to Wachovia under Bates Number

10031- 10039.

[4.    Bank statements from years 2000 through the present from all banks or other institutions where (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], does business or has an account of any kind.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[5.    Bank statements from years 2000 through the present from all banks, or other financial institutions, where any sole proprietorship, partnership or corporation in which (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.] owns any interest or has an account of any kind.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[6.    All trust agreements where (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], is a trust or, trustee, or beneficiary.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[7.    All deeds, leases, contracts and other documents representing any ownership interest (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], has in any real property and all deeds of trust, mortgages, or other documents evidencing encumbrances or any kinds on the Company's [Loop Corp.] real property.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[8.    All, stocks, bonds or other securities of any class (a) you on behalf of the Company [Loop Corp.], or the Company [Loop Corp.], may own, individually or jointly with others, including options to purchase any securities.]

**RESPONSE:**  See Responses to Citation Rider Document Requests numbers 1 and 2 above.

[9.    Documents identifying any and all brokerage accounts (a) you on behalf of the Company [Loop Corp.], or, (b) the Company [Loop Corp.] may own or control.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[10.  Titles to all motor vehicles owned by (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.].]

**RESPONSE:**  EZLinks has no documents responsive to this request.

[11.    All promissory notes held by (a) the Company [Loop Corp.], or (b) you on behalf of the Company [Loop Corp.] and all other documents evidencing money owed to the Company [Loop Corp.], either now or in the future, including but not limited to, accounts receivable.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[12.    All financial statements furnished by you (a) on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], for any purpose from January 1, 2000 through the present.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[13.    All deeds, bills of sale, or other documents prepared in connection with any transfer (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], has made either by gift, sale or otherwise from January 1, 2000 through the present.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[14. All income statements and balance sheets prepared for the Company [Loop Corp.] from January 1, 2000 through the present.]

**RESPONSE:** EZLinks has no documents responsive to this request.

[15. All records pertaining to the assets of the Company [Loop Corp.].]

**RESPONSE:** See Responses to Citation Rider Document Requests numbers 1 and 2 above.

[16.    All business records from 2000 through the present which reflect assets, gross receipts and expenses of the Company [Loop Corp.]].

**RESPONSE:** EZLinks has no documents responsive to this request.

[17.    Business records from 2000 through the present year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which (a) you on behalf of the Company [Loop Corp.], or (b) the Company [Loop Corp.], owns any interest.]

**RESPONSE:** See Responses to Citation Rider Document Requests numbers 1, 2 and 3 above.

[18.    All records of any business of which the Company [Loop Corp.] is an owner or part-owner, or has been an owner.]

**RESPONSE:** EZLinks objects to this request on the grounds that it has no defined time period, calls for irrelevant documents, is overly broad, unduly burdensome and calls for documents that are beyond the proper scope of a citation to discover assets proceedings. Without waiver and subject to the foregoing objection, EZLinks will produce its financial and business records, excluding business records which contain individual customer-specific confidential information, for the time period of September 22, 2005 (the date of the judgment entered in this case) to date, subject to the entry of a Protective Order in this case, and subject to Wachovia agreeing to pay the cost of assembling and copying the requested documents.

EZLINKS GOLF, INC.

By: _s/  Elizabeth D. Sharp_
Its Attorney

Elizabeth D. Sharp, #6186624
330 S. Wells, Suite 706
Chicago, IL 60606
(312) 344-5018
(312) 341-4054 Fax

Attorney for Third-Party Citation Respondent,
EZLinks Golf, Inc.

## CERTIFICATE OF SERVICE

I, Elizabeth D. Sharp, an attorney, certify that on September 17, 2009, I caused copies of the foregoing document to be served electronically on those entities who receive notice through the ECF system identified on the service list attached hereto.

Dated: September 17, 2009                               s/  Elizabeth D. Sharp
                                                        Elizabeth D. Sharp

## SERVICE LIST

*Wachovia Securities, LLC v. Loop  Corp.*
Case No. 05 C 3788

| | |
|---|---|
| Gary Irwin Blackman | gblackman@lplegal.com |
| Steven A. Cohen | sac@gordonrappold.com |
| C. Philip Curley | pcurley@robinsoncurley.com |
| Gilbert W. Gordon | gwg@gordonrappold.com |
| Richard R. Gordon | rrg@gordonrappold.com |
| Beau T. Greiman | bgreiman@lplegal.com |
| Christopher S. Griesmeyer | cgriesmeyer@lplegal.com |
| Gregory James Jordan | gjordan@akjltd.com |
| James Worlton Naisbitt | jnaisbitt@aol.com |
| Peter James Schmidt | pschmidt@polsinelli.com |
| Susan Valentine | svalentine@robinsoncurley.com |

# EXHIBIT D

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:      05 C 3788

Wachovia Securities, LLC, Petitioner v. Loop Corp., Respondent

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

EZLINKS GOLF, INC., Third Party Citation Respondent

| NAME (Type or print) |
| --- |
| ELIZABETH D. SHARP |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Elizabeth D. Sharp |
| FIRM   Elizabeth D. Sharp, Esq. |
| STREET ADDRESS  330 S. Wells Street, Suite 706, Chicago, IL  60606 |
| CITY/STATE/ZIP   Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  #6186624 | TELEPHONE NUMBER   312- 344-5018 |
| --- | --- |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                          APPOINTED COUNSEL |

# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 05 C 3788 |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| LOOP CORP., | ) | |
| | ) | Magistrate Judge Maria G. Valdez |
| Defendants. | ) | |
| | ) | |

### SUPPLEMENTAL RESPONSE OF EZLINKS GOLF, INC. TO REVISED RIDER DOCUMENT REQUEST NUMBER 18 OF WACHOVIA'S THIRD-PARTY CITATION TO DISCOVER ASSETS

Now comes Third-Party Respondent, EZLinks Golf, Inc. ("EZLinks"), by its

undersigned attorney, and as its Supplemental Response to Rider Document Request

Number 18 to the Third-Party Citation to Discover Assets served upon it by Wachovia

Securities, LLC ("Wachovia"), as revised and modified by the September 22, 2009 letter

from Wachovia's counsel, hereby responds as follows:

[All books, papers and records owned by, held by, controlled by, in the name of or on behalf of Loop Corp. (the "Company") in your possession or control, which may contain information concerning the property or income of, or indebtedness due the Company [Loop Corp.] , including, but not limited to the following:

[18. (As revised by letter of 9/22/09 from Christopher Greismeyer, counsel to Wachovia, to Elizabeth Sharp, counsel for EZLinks Golf, Inc.)

- All share certificates issued to Loop Corp.;

- EZ Links' corporate records (including its bylaws, articles of incorporation, lists of shareholders, share transfer register, corporate resolutions and authorizations, and meeting minutes);

- EZ Links' tax returns and associated schedules;

- EZ Links' financial statements and balance sheets;

1

- EZLinks' bank statements;

- Documents related to the valuation of EZ Links (which Mr. Jahelka has estimated at $11 million);

- Documents related to any payments by (or on behalf of) EZ Links to Loop Corp. ("Loop") or any of Loop's principals (including any payments to Mr. Jahelka);

- EZ Links' employment agreements;

- Documents related to any liens or encumbrances over shares of EZ Links' stock;

- Documents related to the disposition or transfer of EZ Links' assets, including its recent transactions with GolfNet, Golf Convergence, Inc., and Golf 21st Century, LLC; and

- Any correspondence sent or received by Loop or any of Loop's principals.

The relevant time period for document produced pursuant to the Citation to Discover Assets is September 2, 2005 to present.]

**RESPONSE:**  Pursuant to the Protective Order entered in this case on October

21, 2009,  EZLinks will produce all non-privileged documents responsive to the revised

document request Number 18 to Wachovia for the time period of September 22, 2005

(the date of the judgment entered in this case) to date.

EZLINKS GOLF, INC.

By: _s/  Elizabeth D. Sharp_
Its Attorney

Elizabeth D. Sharp, #6186624
330 S. Wells, Suite 706
Chicago, IL 60606
(312) 344-5018
(312) 341-4054 Fax

Attorney for Third-Party Citation Respondent,
EZLinks Golf, Inc.

2

### CERTIFICATE OF SERVICE

I,  Elizabeth D. Sharp, an attorney, certify that on October 28, 2009, I caused

copies of the foregoing document to be served electronically on those entities who

receive notice through the ECF system identified  on the service list attached hereto.


Dated: October 28, 2009                          _s/_  Elizabeth D. Sharp
                                                Elizabeth D. Sharp

## SERVICE LIST

*Wachovia Securities, LLC v. Loop Corp.*
Case No. 05 C 3788

| | |
|---|---|
| Gary Irwin Blackman | gblackman@lplegal.com |
| Steven A. Cohen | sac@gordonrappold.com |
| C. Philip Curley | pcurley@robinsoncurley.com |
| Gilbert W. Gordon | gwg@gordonrappold.com |
| Richard R. Gordon | rrg@gordonrappold.com |
| Beau T. Greiman | bgreiman@lplegal.com |
| Christopher S. Griesmeyer | cgriesmeyer@lplegal.com |
| Gregory James Jordan | gjordon@akjltd.com |
| James Worlton Naisbitt | jnaisbitt@aol.com |
| Peter James Schmidt | pschmidt@polsinelli.com |
| Susan Valentine | svalentine@robinsoncurley.com |

# EXHIBIT F

Case: 1:05-cv-03788 Document #: 296  Filed: 04/06/11 Page 1 of 1 PageID #:2148

### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:  05c3788                    Assigned/Issued By:  NF

Judge Name:                             Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

                    ☐ IFP          ☐ No Fee      ☐ Other _____

                    ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____         Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                            ☐ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons _____

☑ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____          ☐ Other
        *(Type of Writ)*              _____
                                        *(Type of issuance)*

<u>1</u>   Original and <u>1</u>    copies on <u>4/6/11</u>     as to <u>EZ LINKS GOLF, INC.</u>
                                   *(Date)*

(THIRD PARTY SEE NOTICE) _____

_____

# FILED

APR 0 6 2011  NF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05 C 3788 |
| | ) | |
| v. | ) | Judge Joan B. Gottschall |
| | ) | |
| LOOP CORP., | ) | Magistrate Young B. Kim |
| | ) | |
| Defendant. | ) | |

## FIRST SUPPLEMENTAL THIRD-PARTY CITATION TO DISCOVER ASSETS

TO:  EZ Links Golf, Inc. c/o  Louis D. Bernstein,
350 North Clark, Ste. 400, Chicago, IL 60654

**YOU ARE COMMANDED** to appear and respond to this Supplemental Third Party Citation on April **20** , 2011 prior to 11:00 a.m. in Courtroom 1944D at the Dirksen Federal Building located at 219 S. Dearborn, Chicago, IL 60604.

A judgment in favor of Wachovia Securities, LLC, and against Loop Corp. was entered on September 22, 2005 in the amount of $2,478,418.80 and $2,478,418.80 remains unsatisfied. Your answer will inform the Court as to property you may hold belonging to Loop Corp.

YOU ARE COMMANDED to produce at the examination: See Attached Rider

YOU ARE REQUIRED to do the following upon receiving this Citation until further Order of Court, or until this Citation is dismissed by the Court or by Stipulation:

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold payment of any money beyond double the amount of the judgment.

**WARNING:  YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE FEDERAL JAIL.**

MICHAEL W. DOBBINS, CLERK

_____                    _____
By Deputy Clerk                                                            Date

## CERTIFICATE OF ATTORNEY

In the United States District Court, Northern District of Illinois on September 22, 2005, a judgment in the amount of $2,478,418.80 was entered in favor of Wachovia Securities, LLC and against Loop Corp. in Case No. 05 C 3788 and a balance of $2,478,418.80 remains unsatisfied.

Christopher S. Griesmeyer, Attorney for
Judgment Creditor, Wachovia Securities, LLC

Christopher S. Griesmeyer (ARDC No. 6269851)
Greiman, Rome & Griesmeyer, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
T: (312) 428-2750
F: (312) 332-2781
cgriesmeyer@grglegal.com

## PROOF OF SERVICE

The undersigned, on oath states:

I am over 18 years of age and not a party to this case. I served this *First Supplemental Third-Party Citation to Discover Assets* as follows:

<u>VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>
EZ Links Golf, Inc. c/o  Louis D. Bernstein,
350 North Clark, Ste. 400, Chicago, IL 60654

by placing the same in the mail chute, postage prepaid, from 200 W. Madison St., Chicago, Illinois prior to 5:00 p.m. on April 6, 2011.

*April Bonrath*

Subscribed and Sworn to before me
this 6th day of April, 2011.

_____
Notary Public

OFFICIAL SEAL
BRIAN J. PLEVIAK
Notary Public - State of Illinois
My Commission Expires Jan 31, 2012

## SUPPLEMENTAL DOCUMENT RIDER

All books, papers and records owned by, held by, controlled by, in the name of, or on behalf of, Loop Corp. ("Loop") in your possession or control, which may contain information concerning the property or income of, or indebtedness due Loop, including, but not limited to, the following:

1.      Any and all shares of EZ Links Golf, Inc. ("EZ Links") stock owned or controlled by Loop Corp.

2.      Any and all documents concerning any assets of Loop held by EZ Links.

3.      Any and all documents concerning any liens held by Banco Panamericano over any assets of Loop or EZ Links.

4.      Bank statements from years 2005 through the present from all banks or other institutions where (a) EZ Links or (b) Loop, does business or has an account of any kind.

5.      Bank statements from years 2005 through the present from all banks, or other financial institutions, where any sole proprietorship, partnership or corporation in which (a) EZ Links or (b) Loop owns any interest or has an account of any kind.

6.      All trust agreements where (a) Loop or (b) the EZ Links, is a trust or, trustee, or beneficiary.

7.      All deeds, leases, contracts and other documents representing any ownership interest (a) Loop, or (b) EZ Links, has in any real property and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on the Company's real property.

8.      All stocks, bonds or other securities of any class (a) Loop or (b) EZ Links, may own, individually or jointly with others, including options to purchase any securities.

9.      Documents identifying any and all brokerage accounts (a) Loop, or, (b) EZ Links, may own or control.

10.     Titles to all motor vehicles owned by (a) Loop or (b) EZ Links.

11.     All promissory notes held by (a) Loop, or (b) EZ Links, and all other documents evidencing money owed to Loop or EZ Links, either now or in the future, including but not limited to, accounts receivable.

12. All financial statements furnished by EZ Links for any purpose from January 1, 2005 through the present.

13. All deeds, bills of sale, or other documents prepared in connection with any transfer (a) Loop, or (b) EZ Links, has made either by gift, sale or otherwise from January 1, 2005 through the present.

14. All income statements and balance sheets prepared for EZ Links from January 1, 2005, through the present.

15. All records pertaining to the assets of EZ Links.

16. All business records from 2005 through the present which reflect assets, liabilities, receipts and expenses of EZ Links.

17. Business records from 2005 through the present year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership or corporation in which (a) Loop, and/or (b) EZ Links, owns any interest.

18. All records of any business of which Loop or EZ Links is an owner or part-owner, or has been an owner.

19. Full and complete copy of EZ Links' Corporate Minute Book.

20. All corporate records for EZ Links including any and all Corporate Minutes, Resolutions, Annual Reports, Articles of Incorporation including any amendments thereto, or any other documents filed with the Illinois Secretary of State in the ordinary course of business.

21. Full and complete stock registry for EZ Links.

22. Any and all documents that would establish or show the value of Loop's share of EZ Links Stock.

23. Any and all lists or other documents that would identify the shareholders of EZ Links, including (but not limited to), the amount and type of shares held by each shareholder.