# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| WACHOVIA SECURITIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOOP CORP, ) <br> ) <br> Defendant. ) | Case No. 05 C 3788 <br><br> Judge Joan B. Gottschall <br><br> Mag. Young B. Kim |

## MOTION PURSUANT TO TURNOVER ORDER
### INDEX OF EXHIBITS

A.   Proposed Escrow instructions

B.   Proposed Escrow instructions

C.   Red-line version of proposed Instructions