UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WACHOVIA SECURITIES, LLC

    Plaintiff,

vs.

LOOP CORP., et al.,

    Defendant.

Case No. 05 C 3788

## MEMORANDUM OF JUDGMENT

On December 20, 2013, judgment was entered in the United States Court of Appeals for the Seventh Circuit in favor of Plaintiff-Appellee, WACHOVIA SECURITIES, LLC and against BANCO PANAMERICANO, INCORPORATED, Appellant, whose address is 330 South Wells Street, Chicago, Illinois, in the amount of $36,350 in attorneys' fees and $933.76 in costs for a total judgment of $37,283.76. A certified copy of said judgment was registered in the Northern District of Illinois, Eastern Division on or December 20, 2013 in the above-referenced case number.

Date: 1/21/14

_____
Judge

Prepared By and After Recording Return To:
Christopher S. Griesmeyer (ARDC No. 6269851)
Greiman, Rome & Griesmeyer, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
T: (312) 428-2750
F: (312) 332-2781